UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BIG LAKE GAS PLANT, L.P.,<br><br>    Defendant. | No. 6:21-CR-057-H |

### ORDER

Before the Court are the Notice Regarding Entry of a Plea of Guilty, the Consent of the Defendant, and the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge. The defendant indicated that it has no objections to the Report and Recommendation (Dkt. No. 15) and waived the fourteen-day period for the filing of objections. Dkt. No. 16 (citing 28 U.S.C. § 636(b)(1)). The government filed no objections. The undersigned District Judge is therefore of the opinion that the Report and Recommendation of the Magistrate Judge concerning the Plea of Guilty is correct, and the defendant's guilty plea is hereby accepted by the Court.

Pursuant to Federal Rule of Criminal Procedure 11(c)(3)(A), the Court defers acceptance of the plea agreement until the defendant's sentencing hearing, the date of which will be set by separate order. *See United States v. Hyde*, 520 U.S. 670, 674 (1997); *see also* Fed R. Crim. P. 11(d)(2)(A); *cf.* Dkt. No. 15 at 3–4 (recommending the same).

So ordered on November 2, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE